IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PLAN PROS, INC., | ) | 8:08CV125 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| BRIAN ZYCH, D/B/A ZYCH | ) | |
| CONSTRUCTION, TRACY ZYCH, | ) | |
| ZYCH CONSTRUCTION L.L.C., | ) | |
| KENNETH TINNES, D/B/A KT | ) | |
| DESIGN and KEN TINNES | ) | |
| RESIDENTIAL DESIGN, CBS HOME | ) | |
| REAL ESTATE COMPANY, WILSON | ) | |
| MARTINEZ and CORA MARTINEZ, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Tuesday, August 26, 2008, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska,, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 4th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court