IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PLAN PROS, INC.,                )
                                )
          Plaintiff,            )       8:08CV125
                                )
     v.                         )
                                )
BRIAN ZYCH, d/b/a ZYCH          )       ORDER
CONSTRUCTION, TRACY ZYCH,       )
ZYCH CONSTRUCTION L.L.C.,       )
KENNETH TINNES, d/b/a KT        )
DESIGN and KEN TINNES           )
RESIDENTIAL DESIGN, CBS HOME    )
REAL ESTATE COMPANY, WILSON     )
MARTINEZ and CORA MARTINEZ,     )
                                )
          Defendants.           )
_____)
```

This matter is before the Court on the motion of Brian D. Nolan and the firm of Nolan, Olson, Hansen, Lauterbaugh & Buckley, to withdraw as counsel of record for defendants Wilson Martinez and Cora Martinez (Filing No. 50). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Brian D. Nolan and the firm of Nolan, Olson, Hansen, Lauterbaugh & Buckley are deemed withdrawn as counsel for defendants Wilson Martinez and Cora Martinez.

DATED this 13th day of November, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court