IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PLAN PROS, INC.,                )
                                )
           Plaintiff,           )       8:08CV125
                                )
     v.                         )
                                )
BRIAN ZYCH, d/b/a ZYCH          )       ORDER
CONSTRUCTION, TRACY ZYCH,       )
ZYCH CONSTRUCTION L.L.C.,       )
KENNETH TINNES, d/b/a KT        )
DESIGN and KEN TINNES           )
RESIDENTIAL DESIGN, CBS HOME    )
REAL ESTATE COMPANY, WILSON     )
MARTINEZ and CORA MARTINEZ,     )
                                )
           Defendants.          )
_____)
```

This matter is before the Court on plaintiff's first motion for leave to amend complaint (Filing No. 53). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until December 1, 2008, to file its amended complaint.

DATED this 24th day of November, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court