IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PLAN PROS, INC.,                  )
                                  )
              Plaintiff,          )       8:08CV125
                                  )
       v.                         )
                                  )
BRIAN ZYCH, d/b/a ZYCH            )       ORDER
CONSTRUCTION, TRACY ZYCH,         )
ZYCH CONSTRUCTION L.L.C.,         )
KENNETH TINNES, d/b/a KT          )
DESIGN and KEN TINNES             )
RESIDENTIAL DESIGN, CBS HOME      )
REAL ESTATE COMPANY,              )
                                  )
              Defendants.         )
_____ )
```

This matter is before the Court on plaintiff's motion to amend progression order (Filing No. 95) and the Zych defendants' brief in opposition to plaintiff's second motion to amend progression order (Filing No. 101) and their supplemental response to plaintiff's motion to amend progression order (Filing No. 131). The Court has reviewed the motion and the responses and finds it should be granted in part. Accordingly,

IT IS ORDERED:

1) Pretrial of this matter is rescheduled for:

**Friday, January 29, 2010, at 1:30 p.m.**

before the undersigned in chambers.

2) Trial of this matter is rescheduled for:

**Tuesday, February 16, 2010, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

    3) All other deadlines in the progression order filed March 16, 2009 (Filing No. 81) remain in full force and effect.

    DATED this 22nd day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court