```
               IN THE UNITED STATES DISTRICT COURT FOR THE

                          DISTRICT OF NEBRASKA

PLAN PROS, INC.,                    )
                                    )
              Plaintiff,            )        8:08CV125
                                    )
       v.                           )
                                    )
BRIAN ZYCH, d/b/a ZYCH              )        ORDER
CONSTRUCTION, TRACY ZYCH,           )
ZYCH CONSTRUCTION L.L.C.,           )
KENNETH TINNES, d/b/a KT            )
DESIGN and KEN TINNES               )
RESIDENTIAL DESIGN, CBS HOME        )
REAL ESTATE COMPANY, WILSON         )
MARTINEZ and CORA MARTINEZ,         )
                                    )
              Defendants.           )
_____)
```

This matter is before the Court on the joint stipulation for dismissal with prejudice (Filing No. 137). Pursuant thereto,

IT IS ORDERED this action is dismissed with prejudice, each party to pay their own costs.

DATED this 17th day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court